Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000492
26-SEP-2019
09:07 AM

NO. CAAP-19-0000492

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RUDY LAW, Plaintiff-Appellee, v.
NACIYE TORAMAN, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 16-1-0349)

ORDER REGARDING RESPONSE TO ORDER TO SHOW CAUSE AND
ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Kyle B. Coffman's (Coffman) August 13, 2019 declaration in response to the August 12, 2019 order to show cause, the "Stipulation for Dismissal of Appeal and Cross Appeal [sic]," filed August 27, 2019, by Defendant-Appellant/Cross-Appellee Naciye Toraman, the papers in support, and the record, it appears that (1) it is questionable whether Coffman stated good cause for his failure to file timely the civil appeals docketing statement but the court will take no further action on the August 12, 2019 order to show cause;[1] (2) the parties stipulate to dismiss this docketed appeal with prejudice and bear their own attorneys' fees and costs on appeal; (3) the stipulation is dated and signed by counsel for all

---

[1]     Coffman is cautioned to comply with all deadlines established by the Hawai'i Rules of Appellate Procedure (HRAP) and court order.  Future violations may result in sanctions.

parties appearing in the appeal; and (4) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the court will take no further action on the August 12, 2019 order to show cause.

IT IS FURTHER ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs on appeal.

DATED: Honolulu, Hawai'i, September 26, 2019.

Chief Judge

Associate Judge

Associate Judge

2